LOUIS LATT AND ROSE LATT, TO THE USE OF EMANUEL MALAMUT, PLAINTIFFS-APPELLANTS, v. ERNEST SCHWEHM, DEFENDANT-RESPONDENT.

Argued May 24, 1933—Decided October 16, 1933.

For the appellants, *Harcourt & Steelman*.

For the respondent, *Albert C. Abbott* and *Thomas G. Siddal*.

PER CURIAM.

The judgment in this case will be affirmed. Judge Sooy properly inquired as to whether the parties to the agreement of sale had, in fact, subsequent to the execution thereof, modified it to the extent of releasing the vendee from his covenant of assumption of the mortgage covering the lands. *Dieckman* v. *Walser*, 114 *N. J. Eq.* 382, decided at the current (May, 1933) term of this court. The evidence supports the finding of the trial judge.

Judgment affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, PARKER, CASE, BODINE, HEHER, PERSKIE, VAN BUS-KIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.